PROB 34  
(3/07)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

DOUGLAS LEE HARRISON

CRIMINAL CASE NO.  03-00007-001

     It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 1, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON  
Acting Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II  
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist  
Supervision Unit Leader

cc:    Frederick Black, AUSA  
       Howard Trapp, Defense Counsel  
       File

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.